IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CODING TECHNOLOGIES, LLC,**<br>　　　　　Plaintiff,<br>　v.<br>**PRIMO WATER CORPORATION**<br><br>　　　　　Defendant. | C.A. NO. 1:18-cv-01008-UNA<br><br>**JURY TRIAL DEMANDED** |
| **CODING TECHNOLOGIES, LLC,**<br>　　　　　Plaintiff,<br>　**v.**<br>**SOL REPUBLIC, INC.,**<br>　　　　　Defendant. | C.A. NO. 1:18-cv-01009-UNA<br><br>**JURY TRIAL DEMANDED** |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF COLEMAN W. WATSON, ESQ.**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Coleman W. Watson of the law firm Watson LLP in Orlando, Florida, to represent Coding Technologies, LLC in this matter.

Dated: July 13, 2018　　　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　*/s/ Stamatios Stamoulis*
　　　　　　　　　　　　　　　Stamatios Stamoulis (No. 4606)
　　　　　　　　　　　　　　　Two Fox Point Centre
　　　　　　　　　　　　　　　6 Denny Road, Suite 307
　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　weinblatt@swdelaw.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　*Coding Technologies, LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Coleman W. Watson of the law firm Watson LLP is GRANTED.

Dated: _____       _____
                                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, Florida, Georgia, and New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

**WATSON LLP**

*/s/ Coleman W. Watson* _____
**COLEMAN W. WATSON, ESQ.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
           docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue, Ste. 810
Orlando, FL 32801
(407) 377-6634
(407) 377-6688 [Fax]

Date: July 13, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)