# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLOGIES, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PRIMO WATER CORPORATION,<br><br>                Defendant. | C.A. No. 18-1008-LPS-CJB |

## DEFENDANT PRIMO WATER CORPORATION'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Primo Water Corporation ("Primo") respectfully moves this Court to dismiss Plaintiff Coding Technologies LLC's Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this Motion are fully set forth in the accompanying Opening Brief, filed contemporaneously herewith and incorporated by reference herein. Primo respectfully requests the Court to grant its Motion to Dismiss.

| | |
|---|---|
| Dated: October 3, 2018 | /s/ *Kristen Healey Cramer* <br> Kristen Healey Cramer (No. 4512) <br> Randolph M. Vesprey (No. 6474) <br> WOMBLE BOND DICKINSON (US) LLP <br> 222 Delaware Avenue, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 252-4348 <br> Kristen.Cramer@wbd-us.com <br> Randy.Vesprey@wbd-us.com <br> <br> OF COUNSEL: <br> <br> Jacob S. Wharton <br> WOMBLE BOND DICKINSON (US) LLP <br> One West Fourth Street <br> Winston-Salem, NC 27101 <br> (336) 747-6609 <br> Jacob.Wharton@wbd-us.com <br> <br> *Attorneys for Defendant Primo Water Corporation* |


## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2018, I electronically filed a true and correct copy of **DEFENDANT PRIMO WATER CORPORATION'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** via CM/ECF which will automatically send an email notification of this filing to the attorneys of record.

Dated: October 3, 2018

/s/ *Kristen Healey Cramer*
Kristen Healey Cramer (No. 4512)
WOMBLE BOND DICKINSON (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4348
Kristen.Cramer@wbd-us.com