# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>PRIMO WATER CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:18-CV-01008-LPS-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Richard C. Weinblatt and Stamatios Stamoulis file this notice of change of address for Stamoulis & Weinblatt LLC. The new address for the above named counsel of record is 800 N. West Street, Third Floor, Wilmington, DE 19801. Counsel's phone number, fax number, and email addresses remain unchanged.

Dated: January 24, 2019

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

ME1 27871028v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

/s/*Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

ME1 27871028v.1