IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CODING TECHNOLOGIES, LLC,**<br>                    Plaintiff,<br>   v.<br>**PRIMO WATER CORPORATION,**<br>                    Defendant. | C.A. NO. 1:18-cv-01008-LPS-CJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, CODING TECHNOLOGIES, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action with prejudice, with the parties to each bear their own attorneys' fees and expenses.

Dated: February 13, 2019        STAMOULIS & WEINBLATT LLC

                                          */s/ Stamatios Stamoulis*
                                          Stamatios Stamoulis (No. 4606)
                                          Two Fox Point Centre
                                          6 Denny Road, Suite 307
                                          Wilmington, DE 19809
                                          Telephone: (302) 999-1540
                                          weinblatt@swdelaw.com

                                          *Attorneys for Plaintiff*
                                          *Coding Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)